**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON DENISE BOYD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ERIC H. HOLDER, JR.<br>UNITED STATES ATTORNEY<br>GENERAL, ET AL.,<br><br>　　　　Defendants. | Case No. EDCV 13-02057-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>July 2, 2014</u>

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　United States District Judge